B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bertolozzi, Christopher M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bertolozzi, Amanda N.** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**fka Amanda N. Yount** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **8842** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2220 Deets Road**<br>**Sterling, IL**<br>ZIPCODE **61081-9215** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2220 Deets Road**<br>**Sterling, IL**<br>ZIPCODE **61081-9215** |
| County of Residence or of the Principal Place of Business:<br>**Whiteside** | County of Residence or of the Principal Place of Business:<br>**Whiteside** |
| Mailing Address of Debtor (if different from street address)<br>**Same**<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**Same**<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIPCODE

---

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.** |

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ***/s/ Elwin L. Neal***                                                              **3/29/11**
Signature of Attorney for Debtor(s)                                              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christopher M. Bertolozzi**
Signature of Debtor          **Christopher M. Bertolozzi**

X **/s/ Amanda N. Bertolozzi**
Signature of Joint Debtor    **Amanda N. Bertolozzi**

_____
Telephone Number (If not represented by attorney)

**March 29, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Elwin L. Neal**
Signature of Attorney for Debtor(s)

**Elwin L. Neal 6207442**
**Law Office of Elwin L. Neal**
**105 West Third Street**
**Sterling, IL 61081**
**(815) 626-0600 Fax: (815) 626-4240**
**elwinneal@comcast.net**

**March 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**_____    Case No. **11-**_____
                                  Debtor(s)                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0620** **Citi Cards** **PO Box 22060** **Tempe, AZ 85285-2060** | | J | **Unpaid balance owed on account for credit card purchases of stove and refrigerator..** VALUE $ **200.00** | | | | **2,510.00** | **2,310.00** |
| ACCOUNT NO. **4501** **Cornerstone Credit Union** **455 W Stephenson St** **Freeport, IL 61032-5001** | | H | **Unpaid balance owed on account for a 2007 Ford Fusion vehicle** VALUE $ **9,425.00** | | | | **9,234.00** | |
| ACCOUNT NO. **3702** **PHH Mortgage** **PO Box 112** **Palatine, IL 60078-0112** | | H | **Unpaid balance owed on mortgage of primary residence located at 2220 Deets Road, Sterling, IL** VALUE $ **69,244.00** | | | | **60,759.00** | |
| ACCOUNT NO. **9001** **Wells Fargo** **PO Box 29704** **Phoenix, AZ 85038-9704** | | H | **Unpaid balance owed on 2004 Ford Escape vehicle.** VALUE $ **5,500.00** | | | | **9,029.00** | **3,529.00** |

____**0**____ continuation sheets attached

Subtotal (Total of this page) $ **81,532.00**  $ **5,839.00**

Total (Use only on last page) $ **81,532.00**  $ **5,839.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**_____ Case No. **11-**_____
                                                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8421** <br> **ACS/Wells Fargo** <br> **501 Bleecker St** <br> **Utica, NY 13501-2401** | | W | Unpaid balance owed on account for student loan. | | | | 1,750.00 |
| ACCOUNT NO. **4115** <br> **Allied Waste** <br> **1214 S Bataan Rd** <br> **Dixon, IL 61021-8308** | | J | Unpaid balance owed on account. | | | | 118.00 |
| ACCOUNT NO. **9215** <br> **American Agencies Of California** <br> **PO Box 2829** <br> **Torrance, CA 90509-2829** | | J | Unpaid balance owed on Capital One Mastercard for credit card purchases which has been turned over to a collection agency for action. | | | | 1,745.00 |
| ACCOUNT NO. **9713** <br> **Asset Acceptance Llc** <br> **PO Box 2036** <br> **Warren, MI 48090-2036** | | H | Unpaid balance owed on Mastercard account for credit card purchases which has been turned over to a collection agency for action. | | | | 1,096.00 |

_____ **8** continuation sheets attached

Subtotal (Total of this page) $ **4,709.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**  Case No. **11-**
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9713** <br> **Asset Recovery Solutions** <br> **2200 E Devon Ave Ste 200** <br> **Des Plaines, IL 60018-4501** | | J | **Unpaid balance owed on Sears Mastercard for credit card purchases which has been turned over to a collection agency for action.** | | | | **1,093.00** |
| ACCOUNT NO. **0244** <br> **Blatt, Hasenmiller, Leibsker & Moore,LLC** <br> **125 S Wacker Dr Ste 400** <br> **Chicago, IL 60606-4440** | | J | **Unpaid balance owed on Sears Citibank Mastercard for credit card purchases which has been turned over to an attorney for legal action.** | | | | **2,145.00** |
| ACCOUNT NO. **nown** <br> **Capital One** <br> **PO Box 85051** <br> **Richmond, VA 23285-5051** | | J | **Unpaid balance owed on account.** | | | | **4,197.00** |
| ACCOUNT NO. **8185** <br> **CBE Group, Inc.** <br> **Payment Processing Center** <br> **PO Box 2695** <br> **Waterloo, IA 50704-2695** | | H | **Unpaid balance owed on Zales account for credit card purchases which has been turned over to a collection agency for action.** | | | | **1,338.00** |
| ACCOUNT NO. **2747** <br> **CCB Credit Services, Inc.** <br> **PO Box 272** <br> **Springfield, IL 62705-0272** | | J | **Unpaid balance owed on HSBC Bank account for credit card purchases which has been turned over to a collection agency for action.** | | | | **1,031.00** |
| ACCOUNT NO. **2323** <br> **CGH Medical Center** <br> **100 E Le Fevre Rd** <br> **Sterling, IL 61081-1278** | | J | **Unpaid balance owed on account for medical bills.** | | | | **104.00** |
| ACCOUNT NO. **9218** <br> **Charter One Card Services** <br> **PO Box 42010** <br> **Providence, RI 02940-2010** | | H | **Unpaid balance owed on Mastercard account for credit card purchases.** | | | | **2,199.00** |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **12,107.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**_____ Case No. **11-**_____
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4220**<br>**Citibank N A**<br>**701 E 60th St N**<br>**Sioux Falls, SD  57104-0432** | | W | Unpaid balance owed on account for student loan. | | | | **2,824.00** |
| ACCOUNT NO. **0506**<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO  63301-4047** | | H | Unpaid balance owed on Bank of America Visa account #4313-0369-9900-2908 for credit card purchases which has been turned over to a collection agency for action. | | | | **5,104.00** |
| ACCOUNT NO. **5459**<br>**Contract Callers Inc**<br>**2915 Professional Pkwy**<br>**Augusta, GA  30907-6521** | | W | Unpaid balance owed on account. | | | | **381.00** |
| ACCOUNT NO. **4975**<br>**Credit Management, LP**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007-1912** | | H | Unpaid balance owed on Comcast account which has been turned over to a collection agency for action. | | | | **162.00** |
| ACCOUNT NO. **7661**<br>**Credit Protection Association**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240-6837** | | W | Unpaid balance owed on account. | | | | **84.00** |
| ACCOUNT NO. **6013**<br>**Debt Recovery Solutions, LLC**<br>**PO Box 9001**<br>**Westbury, NY  11590-9001** | | J | Unpaid balance owed on Sprint account which has been turned over to a collection agency for action. | | | | **691.00** |
| ACCOUNT NO. **0930**<br>**Dept Of Education/Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | Unpaid balance owed on account for student loan. | | | | **4,611.00** |

Sheet no. ____**2**____ of _____**8**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,857.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.** _____ Case No. **11-** _____
                                        Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1022**<br>**Dept Of Education/Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | Unpaid balance owed on account for student loan. | | | | **3,593.00** |
| ACCOUNT NO. **73n1**<br>**Fidelity Information C**<br>**PO Box 49938**<br>**Los Angeles, CA  90049-0938** | | W | Unpaid balance owed on account. | | | | **309.00** |
| ACCOUNT NO. **2911**<br>**First National Collection Bureau**<br>**610 Waltham Way**<br>**McCarran, NV  89434-6695** | | W | Unpaid balance owed on First Premier Bankcard Visa account which has been turned over to a collection agency for action. | | | | **534.00** |
| ACCOUNT NO. **46ST**<br>**Freedman, Anselmo & Lindberg, LLC**<br>**PO Box 3228**<br>**Naperville, IL  60566-3228** | | H | Unpaid balance owed on Capital One Visa card account #4862-3626-4295-0045, which has been turned over to an attorney for legal action. | | | | **4,460.00** |
| ACCOUNT NO. **4830**<br>**GE Money Bank**<br>**P.O. Box 960061**<br>**Orlando, FL  32896-0061** | | H | Unpaid balance owed on account for credit card purchases. | | | | **2,598.00** |
| ACCOUNT NO. **5888**<br>**H & R Accounts**<br>**7017 John Deere Pkwy**<br>**Moline, IL  61265-8072** | | J | Unpaid balance owed on CGH Medical Center account for medical bills which has been turned over to a collection agency for action. | | | | **657.00** |
| ACCOUNT NO. **7307**<br>**Help Me Be Good**<br>**2931 E McCarty St**<br>**Jefferson City, MO  65101-4431** | | J | Unpaid balance owed on account. | | | | **174.00** |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **12,325.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**_____ Case No. **11-**_____
                                  Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4424**<br>**KSB Hospital**<br>**215 E 1st St**<br>**PO Box 737**<br>**Dixon, IL 61021-0737** | | J | Unpaid balance owed on account for medical bills. | | | | **613.00** |
| ACCOUNT NO. **9879**<br>**Midland Credit Management, Inc.**<br>**PO Box 60578**<br>**Los Angeles, CA 90060-0578** | | W | Unpaid balance owed on Columbus Bank & Trust account which has been turned over to a collection agency for action. | | | | **837.00** |
| ACCOUNT NO. **6724**<br>**Midland Credit Management, Inc.**<br>**PO Box 60578**<br>**Los Angeles, CA 90060-0578** | | J | Unpaid balance owed on Visa account which has been turned over to a collection agency for action. | | | | **795.00** |
| ACCOUNT NO. **5455**<br>**Monarch Recovery Management, Inc.**<br>**PO Box 21089**<br>**Philadelphia, PA 19114-0589** | | H | Unpaid balance owed on GE Money/JC Penney account for credit card purchases which has been turned over to a collection agency for action. | | | | **1,315.00** |
| ACCOUNT NO. **3811**<br>**National Ent**<br>**29125 Solon Rd**<br>**Solon, OH 44139-3442** | | W | Unpaid balance owed on account for student loan. | | | | **42,728.00** |
| ACCOUNT NO. **9863**<br>**National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, OH 44139-3442** | | H | Unpaid balance owed on GE Money/PayPal account which has been turned over to a collection agency for action. | | | | **815.00** |
| ACCOUNT NO. **0643**<br>**Nationwide Credit, Inc.**<br>**PO Box 26314**<br>**Lehigh Valley, PA 18002-6314** | | H | Unpaid balance owed on American Express card for credit card purchases which has been turned over to a collection agency for action. | | | | **3,841.00** |

Sheet no. ___**4**___ of ___**8**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **50,944.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.** _____ Case No. **11-** _____
                                              Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2331** <br> **NCO Financial Systems, Inc.** <br> **Dept 99** <br> **PO Box 15630** <br> **Wilmington, DE 19850-5630** | | H | **Unpaid balance owed on Chase Bank Visa account for credit card purchases which has been turned over to a collection agency for action.** | | | | **2,743.00** |
| ACCOUNT NO. **3747** <br> **NCO Financial Systems, Inc.** <br> **Dept 99** <br> **PO Box 15630** <br> **Wilmington, DE 19850-5630** | | H | **Unpaid balance owed on GE Money/Walmart account for credit card purchases which has been turned over to a collection agency for action.** | | | | **750.00** |
| ACCOUNT NO. **5453** <br> **Nicor Gas** <br> **PO Box 632** <br> **Aurora, IL 60507-0632** | | W | **Unpaid balance owed on gas bill.** | | | | **846.00** |
| ACCOUNT NO. **2982** <br> **Nicor Gas** <br> **PO Box 632** <br> **Aurora, IL 60507-0632** | | J | **Unpaid balance owed on gas bill.** | | | | **451.00** |
| ACCOUNT NO. **2324** <br> **Northland Group, Inc.** <br> **PO Box 390846** <br> **Minneapolis, MN 55439-0846** | | W | **Unpaid balance owed on Visa account for credit card purchases which has been turned over to a collection agency for action.** | | | | **462.00** |
| ACCOUNT NO. **2552** <br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA 17108-0988** | | W | **Unpaid balance owed on Literary Guild Book Club account which has been turned over to a collection agency for action.** | | | | **91.00** |
| ACCOUNT NO. **7766** <br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA 17108-0988** | | W | **Unpaid balance owed on Mystery Guild Book Club account which has been turned over to a collection agency for action.** | | | | **88.00** |

Sheet no. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,431.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 11-81308    Doc 1    Filed 03/29/11    Entered 03/29/11 16:18:57    Desc Main
                                  Document      Page 11 of 13

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.** _____ Case No. **11-**_____
                                    Debtor(s)                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2324**<br>**Plaines Commerce Bank**<br>**PO Box 89937**<br>**Sioux Falls, SD 57109-6937** | | J | Unpaid balance owed on account. | | | | **462.00** |
| ACCOUNT NO. **nown**<br>**Professional Property Management Group**<br>**6735 Vistagreen Way Ste 100**<br>**Rockford, IL 61107-5654** | | J | Unpaid balance owed on account for past due rent & cleanup of apartment. | | | | **495.00** |
| ACCOUNT NO. **1783**<br>**RGS Collections, Inc.**<br>**PO Box 852039**<br>**Richardson, TX 75085-2039** | | J | Unpaid balance owed on The Cash Store account which has been turned over to a collection agency. | | | | **314.00** |
| ACCOUNT NO. **1656**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | W | Unpaid balance owed on KSB Hospital account for medical bills which has been turned over to a collection agency for action. | | | | **5,704.00** |
| ACCOUNT NO. **1659**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | W | Unpaid balance owed on KSB Medical Group account for medical bills which has been turned over to a collection agency for action. | | | | **559.00** |
| ACCOUNT NO. **17n1**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | W | Unpaid balance owed on account. | | | | **89.00** |
| ACCOUNT NO. **18n1**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | W | Unpaid balance owed on account. | | | | **89.00** |

Sheet no. **6** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **7,712.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**_____ Case No. **11-**_____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1088**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | J | **Unpaid balance owed on CGH Medical Center, and KSB Hospital/Medical Center accounts for medical bills which has been turned over to a collection agency for action.** | | | | **12,055.00** |
| ACCOUNT NO. **5759**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | J | **Unpaid balance owed on KSB Medical Group account for medical bills which has been turned over to a collection agency for action.** | | | | **89.00** |
| ACCOUNT NO. **5758**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | J | **Unpaid balance owed on KSB Medical Group account for medical bills which has been turned over to a collection agency for action.** | | | | **89.00** |
| ACCOUNT NO. **nown**<br>**RRCA Accounts Management, Inc.**<br>**201 E 3rd St**<br>**Sterling, IL 61081-3611** | | J | **Unpaid balance owed on account.** | | | | **18,393.00** |
| ACCOUNT NO. **0218**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | W | **Unpaid balance owed on account for student loan.** | | | | **2,625.00** |
| ACCOUNT NO. **0218**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | W | **Unpaid balance owed on account for student loan.** | | | | **1,460.00** |
| ACCOUNT NO. **nown**<br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** | | J | **Unpaid balance owed on telephone bill.** | | | | **unknown** |

Sheet no. ____**7**____ of ____**8**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) $ **34,711.00**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bertolozzi, Christopher M. & Bertolozzi, Amanda N.**  Case No. **11-**
_____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1130** **Weltman, Weinberg & Reis Co.** 180 N Lasalle St Ste 2400 Chicago, IL 60601-2704 | | H | Unpaid balance owed on Discover card account #6011-0072-1654-7470, which has benn turned over to an attorney for legal action. Judgment entered on 02/07/11. | | | | **5,353.00** |
| ACCOUNT NO. **5971** **Whiteside County Community Health Clinic** 1300 W 2nd St Rock Falls, IL 61071-1005 | | J | Unpaid balance owed on account for medical bills. | | | | **109.00** |
| ACCOUNT NO. **9185** **Zenith Acquisition** 220 John Glenn Dr # 1 Amherst, NY 14228-2228 | | W | Unpaid balance owed on account. | | | | **462.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,924.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **147,720.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only